R. Shawn Oller; AZ Bar No. 019233
Kristy L. Peters; AZ Bar No. 024756
LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BEECHER CARLSON INSURANCE SERVICES, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID DOTSON and JANE DOE DOTSON, husband and wife,<br><br>　　　　　Defendants. | Case No. CV.  2:11-cv-02255-ROS<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules of this Court, Plaintiff Beecher Carlson Insurance Services, LLC ("Beecher Carlson") hereby moves for leave to amend its Verified Complaint for Injunctive Relief ("Complaint").  This Motion is supported by the following Memorandum of Points and Authorities and the Proposed First Amended Complaint attached as Exhibit 1.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.　　FACTUAL BACKGROUND**

The purpose of this amended pleading is to add an additional defendant, add two additional claims and supporting factual allegations against the new defendant, and make other minor, conforming changes to the Complaint.  On November 16, 2011, Beecher Carlson filed its Complaint against Defendants David Dotson and Jane Doe Dotson

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

("Dotson") claiming that Dotson breached his Non-Solicitation and Confidentiality Agreement ("Agreement") with Beecher Carlson, breached his duty of loyalty, and misappropriated Beecher Carlson's trade secrets.  Beecher Carlson further alleged Dotson began working for Nexus Partners Insurance, LLC, ("Nexus") a competitor of Beecher Carlson.

Beecher Carlson is seeking to amend its Complaint to add Nexus as a defendant and to add two claims against Nexus: (1) intentional interference with contract; and (2) intentional interference with business relationships and expectancy.  Beecher Carlson seeks to add these claims due to Nexus's interference with Dotson's Agreement with Beecher Carlson, and Nexus's interference with Beecher Carlson's relationships with its customers. Upon information and belief, Nexus is benefitting from Dotson's solicitation of Beecher Carlson's customers because the customers are moving from Beecher Carlson to Nexus.

## II.   LAW AND ARGUMENT

Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend pleadings "shall be freely given when justice so requires."  Courts apply this policy with extreme liberality.  *See DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Here, leave to amend is proper.  First, there is no undue delay as Beecher Carlson has sought to amend its Complaint early in the litigation.  Second, Beecher Carlson does not seek this amendment in bad faith or to delay adjudication.  Rather, it seeks to add an additional party and claims that relate to the claims brought in the Complaint.  Additionally, this Motion is Beecher Carlson's first request to the Court for leave to amend.  Third, there is no indication that the amendment will unduly prejudice Dotson or Nexus.   Finally, the amendment is not futile because it timely raises legitimate claims against Nexus.  As a result,

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

leave to amend is appropriate.

### III. CONCLUSION

For the foregoing reasons, Beecher Carlson respectfully requests that the Court grant it leave to file its First Amended Complaint.

DATED this 13th day of May, 2012.

*s/ Kristy L. Peters*
R. Shawn Oller
Kristy L. Peters
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 13th day of May 2012:

Steven M. White, AZ Bar 020061
WHITE BERBERIAN PLC
60 E. Rio Salado Pkwy., Suite 900
Tempe, AZ 85281
Attorneys for Defendants

*s/ Kristy L. Peters*

Firmwide:111473947.1 068305.1002

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-